NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ALLEN POYTHRESS,**
*Petitioner*

**v.**

**DEPARTMENT OF VETERANS AFFAIRS,**
*Respondent*

---

2020-1792

---

Petition for review of the Merit Systems Protection Board in No. AT-0714-19-0693-I-1.

---

**ON MOTION**

---

PER CURIAM.

## O R D E R

The parties move to dismiss the above-captioned appeal pursuant to Fed. R. App. P. 42(b) with prejudice and with each side to bear its own costs and fees.

Upon consideration thereof,

IT IS ORDERED THAT:

2                                                    POYTHRESS v. DVA

The motion is granted. The appeal is dismissed as stipulated.

FOR THE COURT

March 18, 2022                    /s/ Peter R. Marksteiner
        Date                         Peter R. Marksteiner
                                     Clerk of Court

**ISSUED AS A MANDATE**: March 18, 2022